ORIGINAL

FILED

11/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

 FILED

NOV 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0221

PETER GRIGG,

     Plaintiff/Appellant,

  vs.

ALISON PAUL, CEO; MONTANA LEGAL SERVICES ASSOCIATION,

     Defendants/Appellees,

## GRANT OF EXTENSION

Pursuant to Rule 26(1), M.R. App. P., Appellees are hereby granted an extension up to and including December 28, 2022, in which to file its Response Brief in this matter.

Dated this 28th day of November, 2022.

_____
Bowen Greenwood, Clerk of Court